UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-22307-CIV-SEITZ/O'SULLIVAN

GUSTAVO B. SAMPAIO,

    Plaintiff,

v.

ROLFE & LOBELLO, P.A.,

    Defendant.
_____/

## **ORDER**

THIS MATTER comes before the Court on the defendant's Amended Verified Motion to Stay and for Award of Costs and Attorney's Fees Pursuant to Rule 41 of the Federal Rules of Civil Procedure (DE# 16, 10/27/08). On November 13, 2008, the plaintiffs moved for an extension of time to respond to the instant motion. See Plaintiff's Unopposed Motion for Extension of Time (DE# 28, 11/13/08). The Court issued an Order allowing the plaintiff to file his response on or before December 3, 2008. See Order (DE# 29, 11/14/08). The plaintiff did not file his response within the time allotted by the Court.

Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED, that the plaintiff shall file a response to the defendant's Amended Verified Motion to Stay and for Award of Costs and Attorney's Fees Pursuant to Rule 41 of the Federal Rules of Civil Procedure (DE# 16, 10/27/08) on or before **Thursday, December 18, 2008**. The failure to file a response may result in a recommendation that the defendant's Amended Verified Motion to Stay and for Award of Costs and Attorney's Fees Pursuant to Rule 41 of the Federal Rules of Civil Procedure (DE# 16, 10/27/08) be granted in its entirety.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **4th** day of December, 2008.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
All Counsel of Record